1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DONALD GENE RICHARDSON,        )    NO. CV 10-02800 VAP (SS)
                                   )
12                 Petitioner,     )
                                   )
13            v.                   )         **JUDGMENT**
                                   )
14  JOHN FOX, Warden,              )
                                   )
15                 Respondent.     )
                                   )
16  _____)

17

18       Pursuant to the Court's Order Dismissing Petition for Writ of

19  Habeas Corpus,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  without prejudice.

23

24       DATED:  April 28, 2010

25

26                                    _____
                                      VIRGINIA A. PHILLIPS
27                                    UNITED STATES DISTRICT JUDGE

28